IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| ERIC CAINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 11-CV-08996 |
| | ) | |
| JON BURGE, JAMES PIENTA, | ) | Honorable Judge Durkin |
| RAYMOND MADIGAN, WILLIAM | ) | |
| MARLEY, WILLIAM PEDERSON, | ) | |
| DANIEL MCWEENY, CITY OF | ) | |
| CHICAGO and UNIDENTIFIED | ) | |
| EMPLOYEES OF THE CITY OF | ) | |
| CHICAGO, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S EXHIBITS IN SUPPORT OF
<u>LOCAL RULE 56.1 STATEMENT OF ADDITIONAL FACTS</u>**

Exhibit 1:  Caine Certificate of Innocence

Exhibit 2:  Eric Caine Deposition Dated February 7, 2013

Exhibit 3:  Record of Proceedings, *People v. Patterson*, September 25, 1989,
Eric Caine Trial Testimony

Exhibit 4:  Order Granting Certificate of Innocence to Aaron Patterson

Exhibit 5:  Aaron Patterson Deposition, *Patterson v. Burge,*
 Dated December 8, 2005

Exhibit 6:  Supplementary Report Dated April 21, 1986

Exhibit 7:  Supplementary Report Dated May 7, 1986

Exhibit 8:  Jon Burge Deposition Dated December 18, 2012

Exhibit 9:  Raymond Madigan Deposition Dated May 12, 2012

Exhibit 10:  Daniel McWeeny Deposition Dated August 8, 2012

Exhibit 11:   William Pedersen Deposition Dated July 10, 2012

Exhibit 12:   William Marley Deposition Dated May 29, 2012

Exhibit 13:   James Pienta Deposition Dates May 22, 2012

Exhibit 14:   Jon Burge Response to Interrogatory #1

Exhibit 15:   Jon Burge Response to Interrogatory #2

Exhibit 16:   Raymond Madigan Response to Interrogatory #1

Exhibit 17:   Raymond Madigan Response to Interrogatory #2

Exhibit 18:   Daniel Mcweeny Response to Interrogatory #1

Exhibit 19:   Daniel Mcweeny Response to Interrogatory #2

Exhibit 20:   William Pedersen Response to Interrogatory #1

Exhibit 21:   William Pedersen Response to Interrogatory #2

Exhibit 22:   William Marley Response to Interrogatory #1

Exhibit 23:   William Marley Response to Interrogatory #2

Exhibit 24:   James Pienta Response to Interrogatory #1

Exhibit 25:   James Pienta Response to Interrogatory #2

Exhibit 26:   Jon Burge Answer to Complaint

Exhibit 27:   Raymond Madigan Answer to Complaint

Exhibit 28:   Daniel McWeeny Answer to Complaint

Exhibit 29:   William Pedersen Answer to Complaint

Exhibit 30:   William Marley Answer to Complaint

Exhibit 31:   James Pienta Answer to Complaint

Exhibit 32:   Jon Burge Personnel Record (Filed Under Seal)

2

Exhibit 33:   Transcript of Proceedings, *United States v.* Burge, Jon Burge Testimony, Dated June 17, 2010

Exhibit 34:   Findings and Decision, Before the Police Board of the City of Chicago, In re Jon Burge, No. 91-1856

Exhibit 35:   Deposition of Jon Burge in *Wilson v. City of Chicago*, Dated September 22, 1988

Exhibit 36:   Court Reported Statement of Lonza Homes, Dated April 19, 2004

Exhibit 37:   Report of Proceedings, *Homes v. The People of The State of Illinois*, Testimony of Jon Burge, Dated Feb. 24, 1986

Exhibit 38:   Report of Proceedings, *People v. Mumin*, Testimony of Jon Burge, Dated May 13, 1987

Exhibit 39:   Initial Incident Report Dated April 19, 1986

Exhibit 40:   Report of Proceedings, *People v. Patterson,* Testimony of Dennis McGuire, Dated Sept. 19, 1989

Exhibit 41:   Memorandum from William Marley and James Pienta to Jon Burge

Exhibit 42:   Court Appearance Authorizations

Exhibit 43:   General Progress Reports

Exhibit 44:   Affidavit of Michael Arbuckle, *People v. Patterson*

Exhibit 45:   Deposition of Michael Arbuckle, *People v. Patterson*, Dated November 19, 2004

Exhibit 46:   Affidavit of Aaron Patterson

Exhibit 47:   Report of Proceedings, *People v. Patterson*, Testimony of Aaron Patterson, Dated March 3, 1988

Exhibit 48:   Report of Proceedings, *People v. Patterson*, Testimony of Peter Troy, Dated Sept. 22, 1989

Exhibit 49:    Unsigned Statement Attributed to Aaron Patterson,
               Eric Caine's Signed Statement

Exhibit 50:    Affidavit of Ike Carothers, *People v. Patterson*

Exhibit 51:    Deposition of Richard Burnette Dated January 10, 2013

Exhibit 52:    Report of Proceedings, *People v. Patterson*, Testimony of James
               Pienta, Dated Sept. 20, 1989

Exhibit 53:    Deposition of Eric Caine, *Patterson v. Burge*,
               Dated January 18, 2005

Exhibit 54:    Affidavit of Dr. Ross W. Romine

Exhibit 55:    Report of Proceedings, *People v. Patterson*, Initial Appearance of
               Caine and Patterson, Dated May 2, 1986

Exhibit 56:    Affidavit of Illya Rowland Affidavit

Exhibit 57:    Deposition of Illya Rowland, *Patterson v. Burge,*
               Dated November 24, 2004

Exhibit 58:    State's Response to Discovery Request

Exhibit 59:    Report of Proceedings, *People v. Caine*, Testimony of Peter Troy
               Dated Sept. 26, 1989

Exhibit 60:    Report of Proceedings, *People v. Caine, Closing* Arguments,
               Sept. 26, 1989

Exhibit 61:    Reports of Goldston and Sanders

Exhibit 62:    Memorandum of Opinion, In the Circuit Court of Cook
               County, Appeal from Discharge Order Before the Police Board

Exhibit 63:    OPS Report Closing Number of Allegations as Unsustained

Exhibit 64:    OPS Report Regarding Eric Smith's Allegations

Exhibit 65:    Terry Harris OPS statement

Exhibit 66:    Diggins Statement

4

Exhibit 67:    Report of the Special Prosecutor Part A

Exhibit 68:    Report of the Special Prosecutors Part B

Exhibit 69:    Report of the Special Prosecutors Part C

Exhibit 70:    Report of the Special Prosecutors Part D

Exhibit 71:    Report of the Special Prosecutors Part E

Exhibit 72:    Report of the Special Prosecutors Part F

Exhibit 73:    Report of the Special Prosecutors Part G

Exhibit 74:    Report of the Special Prosecutors Part H

Exhibit 75:    Report of the Special Prosecutors Part I

Exhibit 76:    Report of the Special Prosecutors Part J

Exhibit 77:    Report of the Special Prosecutors Part K

Exhibit 78:    Report of the Special Prosecutors Part L

Exhibit 79:    Report of the Special Prosecutors Part M

Exhibit 80:    Report of the Special Prosecutors Part N

Exhibit 81:    Report of the Special Prosecutors Part O

Exhibit 82:    Report of the Special Prosecutors Part P

Exhibit 83:    Report of the Special Prosecutors Part Q

Exhibit 84:    Report of the Special Prosecutors Part R

Exhibit 85:    Commendations (Filed Under Seal)

Exhibit 86:    Memorandum and Order In Re Appointment of
               Special Prosecutor, Dated May 19, 2006

Exhibit 87:    City Memorandum in Opposition to Motion to Bar Testimony,
               Dated Jan. 22, 1992

5

Exhibit 88:   Statement of Mayor Richard M. Daley

Exhibit 89:   Darrell Cannon OPS File

Exhibit 90:   Philip Adkins OPS File

Exhibit 91:   Gregory Banks OPS File

Exhibit 92:   Stanley Howard OPS File

Exhibit 93:   Michael Johnson OPS Report

Exhibit 94:   LC Riley Testimony, Dated Mar. 13, 1987

Exhibit 95:   Affidavit of Leanoard Kidd

Exhibit 96:   Report of Proceedings, *People v. Holmes*, Testimony of Lonza
              Holmes, Dated Dec. 12, 1985 and Report of Proceedings,
              Testimony of Lonza Holmes, Dates June 26, 1986

Exhibit 97:   Report of Proceedings, *People v. Andrews*, Testimony of James
              Andrews, Dated Oct. 1, 1984

Exhibit 98:   Report of Proceedings, *People v.* Coleman, Testimony of Michael
              Coleman, Dated Nov. 20, 1980

Exhibit 99:   Court-Reported Statement of Anthony Holmes

Exhibit 100: Transcript of Proceedings, Judge Lefkow Sentencing
              Jon Burge, Dated Jan. 21, 2011

Exhibit 101: Transcript of Proceedings, Adam Green Testimony,
              Filed July 1, 2011

Exhibit 102: Affidavit of Flint Taylor

Exhibit 103: Chicago Police Department Statistics for 1973

Exhibit 104: Chicago Police Department Statistics for 1974

Exhibit 105: Chicago Police Department Statistics for 1975

Exhibit 106: Chicago Police Department Statistics for 1976

Exhibit 107: Chicago Police Department Statistics for 1977

Exhibit 108: Chicago Police Department Statistics for 1978

Exhibit 109: Chicago Police Department Statistics for 1979

Exhibit 110: Chicago Police Department Statistics for 1980

Exhibit 111: Chicago Police Department Statistics for 1981

Exhibit 112: Chicago Police Department Statistics for 1982

Exhibit 113: Chicago Police Department Statistics for 1983

Exhibit 114: Chicago Police Department Statistics for 1984

Exhibit 115: Chicago Police Department Statistics for 1985

Exhibit 116: Chicago Police Department Statistics for 1986

Exhibit 117: Order of Hon. Paul Biebel Appointing Special Prosecutor,
             Dated April 11, 2013


RESPECTFULLY SUBMITTED,

/s/ David B. Owens
David B. Owens
*Counsel for Plaintiff*

Arthur Loevy
Jon Loevy
Michael Kanovitz
Russell Ainsworth
Pier Petersen
David B. Owens
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607
Tel. (312) 243-5900
Fax (312) 243-5902
*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Russell Ainsworth, an attorney, certify that I served the foregoing Exhibit Listto all Counsel of Record by electronic means on April 15, 2013.

 /s/ David B. Owens
David B. Owens
*Counsel for Plaintiff*